583 A.2d 309

ROYCE JACKSON v. CITY OF NEWARK.

January 23, 1990.

Petition for certification denied.

583 A.2d 309

ALBERT W. MAC NEILL v. JOHN J. RAFFERTY.

January 23, 1990.

Petition for certification denied.

583 A.2d 309

STOCHASTIC DECISIONS, INC. v. JAMES DIDOMENICO.

January 23, 1990.

Petition for certification denied. (See 236 *N.J.Super.* 388, 565 *A.*2d 1133)

583 A.2d 310

OLD REPUBLIC INSURANCE COMPANY v. ALLEN A. WEST.

January 23, 1990.

Petition for certification denied.